EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

CONSTANCE A. HASSELL
Assistant U.S. Attorney
Room 6100, PJKK Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: 541-2850

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 25 2002

at 12 o'clock and 40 min P M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR02-00329 HG |
| | ) | |
| Plaintiff, | ) | INDICTMENT |
| | ) | |
| vs. | ) | 21 U.S.C. 860(a); |
| | ) | 21 U.S.C. § 841(a)(1); |
| DONNA MARIE FORTUNE WONG, | ) | 841(b)(1)(B) |
| | ) | |
| Defendant. | ) | |
| | ) | |

INDICTMENT

Count 1

The Grand Jury charges that:

On or about June 21, 2002, in the District of Hawaii, defendant DONNA MARIE FORTUNE WONG did knowingly and intentionally distribute a quantity of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II


SEALED BY ORDER OF THE COURT

controlled substance, within one thousand (1,000) feet of the real property comprising an elementary school.

In violation of Title 21, United States Code, Section 860(a).

### Count 2

The Grand Jury charges that:

On or about July 2, 2002, in the District of Hawaii, defendant DONNA MARIE FORTUNE WONG did knowingly and intentionally distribute five (5) grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, within one thousand (1,000) feet of the real property comprising an elementary school.

In violation of Title 21, United States Code, Section 860(a).

### Count 3

The Grand Jury charges that:

On or about July 6, 2002, in the District of Hawaii, defendant DONNA MARIE FORTUNE WONG did knowingly and intentionally distribute five (5) grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

Count 4

The Grand Jury charges that:

On or about July 12, 2002, in the District of Hawaii, defendant DONNA MARIE FORTUNE WONG did knowingly and intentionally distribute a quantity of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, within one thousand (1,000) feet of the real property comprising an elementary school.

In violation of Title 21, United States Code, Section 860(a).

Count 5

The Grand Jury charges that:

On or about July 17, 2002, in the District of Hawaii, defendant DONNA MARIE FORTUNE WONG did knowingly and intentionally distribute a quantity of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, within one thousand (1,000) feet of the real property comprising an elementary school.

In violation of Title 21, United States Code, Section 860(a).

Count 6

The Grand Jury charges that:

On or about July 19, 2002, in the District of Hawaii, defendant DONNA MARIE FORTUNE-WONG did knowingly and

intentionally distribute five (5) grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, within one thousand (1,000) feet of the real property comprising an elementary school.

In violation of Title 21, United States Code, Section 860(a).

DATED: ____Jul 25____, 2002 at Honolulu, Hawaii.

A TRUE BILL

_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
CONSTANCE A. HASSELL
Assistant U.S. Attorney

United States v. Donna Marie Fortune Wong
Cr. No. _____
"Indictment"